McMASTERS v. ENGLISH *et al.*

No. 501.   Opinion Filed July 12, 1910.

Rehearing Denied Sept. 27, 1910.

(110 Pac. 1070.)

**APPEAL AND ERROR—Petition in Error—Necessity for.** The filing of a purported case-made in the Supreme, Court institutes no action therein, in the absence of a petition in error, required by Wilson's Rev. & Ann. St. 1903, sec. 4739.

Action between Frank McMasters and F. M. English and others. From the judgment, McMasters attempts to bring error. Dismissed.

PER CURIAM.   In this case there has been no petition in error filed in this court, as required by Wilson's Rev. & Ann. St. Okla. 1903, 4739, and no attempt so to do. On November 13, 1909, there was filed by the clerk of this court what purports to be a case-made, entitled as above, but this institutes no action in this court. *Marvel v. White,* 5 Okla. 739, 50 Pac. 87; *Board of County Commissioners, etc., v. Oxley,* 8 Okla. 502, 58 Pac. 651.